1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BOBBY PONCE,                              ) Case No.  CV 11-7354 MRW
                                          )
                        Plaintiff,        )
                                          ) JUDGMENT
            vs.                           )
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security,          )
                                          )
                        Defendant.        )
_____           )

     The decision of the Administrative Law Judge is AFFIRMED.  Judgment
shall be entered in favor of Defendant.


DATE: May 24, 2012

                                  _____
                                  HON. MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE